

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
ASHLEY SHAKIM,                    :

             Plaintiff,           :

     - against -                  :      **ORDER**

DEPARTMENT OF CORRECTION et al.,  :      07 Civ. 2827 (DC)

             Defendants.          :
- - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

      On February 15, 2008, I set a briefing schedule for defendants' motion for summary judgment in this case, and directed defendants to file their motion by today, March 14, 2008. I received a letter from defendants' counsel dated March 7, 2008, informing me that he has been unable to contact plaintiff, as plaintiff was released from incarceration but has not provided the Court with his current address. In light of defendants' inability to contact plaintiff, the briefing schedule for defendants' summary judgment motion is stayed pending resolution of this issue. Plaintiff is directed to provide the Pro Se Office with a current address within 30 days hereof. If plaintiff fails to do so, the case will be dismissed for failure to prosecute without prejudice.

      SO ORDERED.

Dated:  New York, New York
        March 14, 2008

                                  DENNY CHIN
                                  United States District Judge