UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

ASHLEY SHAKIM,

                                          Plaintiff,

         -against-

DEPARTMENT OF CORRECTION, CORPORATION
COUNSEL, C.O. BARKSDALE #12913, C.O. TYRONE #2801,
C.O. REYES #16099, CAPTAIN SALLEY #346,

                                          Defendants.

-------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 2827 (DC)(AJP)

      **PLEASE TAKE NOTICE** that **Maurice L. Hudson**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants The Department of Correction, the Corporation Counsel, C.O. Barksdale #12913, C.O. Tyrone Corker #2801, C.O. Reyes #16099 and Captain Salley #346, effective immediately, replacing ACC Jordan M. Smith.

Dated: New York, New York
       May 19, 2008

                                                  MICHAEL A. CARDOZO
                                                  Corporation Counsel
                                                      of the City of New York
                                                  Attorney for Defendants
                                                  100 Church Street, Room 3-209
                                                  New York, New York 10007
                                                  (212) 788-8684

                                      By: _____
                                                  Maurice L. Hudson
                                                  Special Federal Litigation Division